FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 24, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN ALTERNATIVE INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>WALLA WALLA SCHOOL DISTRICT NO. 140, a public corporation,<br><br>    Defendant. | No. 4:22-CV-05031-SAB<br><br>**ORDER DISMISSING ACTION; CLOSING FILE** |

Before the Court is the parties' Stipulation of Dismissal with Prejudice. ECF No. 72. Plaintiff is represented by Jared Kiess and Michael Guadagno. Defendant is represented by Alison Turnbull, Luke O'Bannan, and Todd Startzel.

The parties stipulate that all claims in this matter be dismissed with prejudice and without costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation of Dismissal with Prejudice. ECF No. 72, is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without costs to either party.

//

//

**ORDER DISMISSING ACTION; CLOSING FILE ~ 1**

3. The District Court Executive is directed to **close** the file.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and forward copies to counsel.

**DATED** this 24th day of February 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING ACTION; CLOSING FILE ~ 2**